Cottonwood Baptist Church Lorena, TX 76655      007050

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Ronald Renfro, 4159 Southwinds Drive, Lorena, TX 76655 | | | | | Married | Fed-2/0/TX-0 |
| | | | | | Pay Period: 03/01/2017 - 03/30/2017 | Pay Date: 03/26/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| youth minister salary | | | 750.17 | 1,500.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -46.51 | -93.02 |
| Medicare Employee | -10.87 | -21.75 |
| | -57.38 | -114.77 |

Net Pay     692.79     1,385.57

Cottonwood Baptist Church, 886 FM 2643, Lorena, TX 76655

Powered by Intuit Payroll

8005 LTD

---

Cottonwood Baptist Church Lorena, TX 76655      007109

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Ronald Renfro, 4159 Southwinds Drive, Lorena, TX 76655 | | | | | Married | Fed-2/0/TX-0 |
| | | | | | Pay Period: 04/01/2017 - 04/30/2017 | Pay Date: 04/30/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| youth minister salary | | | 750.17 | 3,000.68 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -46.51 | -186.04 |
| Medicare Employee | -10.88 | -43.51 |
| | -57.39 | -229.55 |

Net Pay     692.78     2,771.13

Cottonwood Baptist Church, 886 FM 2643, Lorena, TX 76655

Powered by Intuit Payroll

8005 LTD

PAYMENT RECORD

Cottonwood Baptist Church Lorena, TX 76655  007128

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Ronald Renfro, 4159 Southwinds Drive, Lorena, TX 76655 | | | | | Married | Fed-2/0/TX-0 |
| | | | | | Pay Period: 05/01/2017 - 05/31/2017 | Pay Date: 05/28/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| youth minister salary | | | 750.17 | 3,750.85 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | -46.51 | -292.55 |
| Medicare Employee | -10.88 | -54.39 |
| | -57.39 | -288.94 |

| Net Pay | 692.78 | 3,463.91 |
|---|---|---|

Cottonwood Baptist Church, 886 FM 2643, Lorena, TX 76655

Powered by Intuit Payroll

8005 LTD

---

Cottonwood Baptist Church Lorena, TX 76655  007153

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| Louis D. Wedemeyer, Jr., 3380 Levi Parkway, Lorena, TX 76655 | | | | | Married/(none) | Fed-0/250/TX-0/0 |
| | | | | | Pay Period: 06/01/2017 - 06/30/2017 | Pay Date: 06/25/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| custodian salary | | | 1,116.67 | 6,700.02 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -290.00 | -1,740.60 |
| Social Security Employee | -69.23 | -415.40 |
| Medicare Employee | -16.19 | -97.15 |
| | -375.42 | -2,252.55 |

| Net Pay | 741.25 | 4,447.47 |
|---|---|---|

Cottonwood Baptist Church, 886 FM 2643, Lorena, TX 76655

Powered by Intuit Payroll

PAYMENT RECORD (watermark, appears twice)