**The relief described hereinbelow is SO ORDERED.**

**Signed July 21, 2017.**



_____
Ronald B. King
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-60492-RBK |
| | § | |
| RONALD NEIL RENFRO | § | |
| DEBORA LOUISE RENFRO | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

### ORDER GRANTING EXTENSION OF THE AUTOMATIC STAY ON CONDITIONS

Came to be heard 7/19/17 the debtor's Motion to Extend Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B). Julie Parsons, staff attorney for the Chapter 13 Trustee, and Samantha Kehl, attorney for the debtors, appeared and were heard. The debtors, through counsel, announced that they agree to the conditions requested by the Trustee in his response to their motion. The Court, after considering the motion and the agreement of the Trustee and the debtors, hereby grants the motion with the following conditions:

- The debtors shall make the first plan payment timely with failure to do so to result in summary dismissal of the case.

- The case will be subject to summary dismissal for a 30 day or greater default thereafter.

- The debtors shall demonstrate that their plan is feasible and obtain confirmation of a plan no later than the Court's November 2017 live docket.

- The debtors shall provide the Trustee with monthly business operating reports and supporting business and personal bank statements each month, with failure to do so to subject the case to summary dismissal. The debtors shall deposit all business income to the business bank account and withdraw all business expenses therefrom, without commingling of personal income or expenses, and shall not operate on a cash basis.

IT IS HEREBY ORDERED that the automatic stay imposed by 11 U.S.C. §362 is extended and shall apply throughout the pendency of this case unless otherwise terminated by further order of the Court. IT IS FURTHER ORDERED AS FOLLOWS:

- The debtors shall make the first plan payment timely with failure to do so to result in summary dismissal of the case.

- The case is subject to summary dismissal for a 30 day or greater default thereafter.

- The debtors shall demonstrate that their plan is feasible and obtain confirmation of a plan no later than the Court's November 2017 live docket.

- The debtors shall provide the Trustee with monthly business operating reports and supporting business and personal bank statements each month, with failure to do so to subject the case to summary dismissal. The debtors shall deposit all business income to the business bank account and withdraw all business expenses therefrom, without commingling of personal income or expenses, and shall not operate on a cash basis.

### ###

Order prepared and submitted by:

Ray Hendren, Trustee
3410 Far West Blvd #200
Austin, TX 78731
512-474-6309